UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-23408-CIV-KING/BANDSTRA

ARNOLD MAYA,

    Plaintiff,

v.

MASTER RESTAURANT DEVELOPER, LLC,

    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court upon the March 24, 2011 Report and Recommendation ("R&R") of Magistrate Judge Ted E. Bandstra (DE #46), recommending that Defendant's Motion to Dismiss Plaintiff's Third Amended Complaint (DE #45) be granted. More specifically, the R&R recommends that this case be dismissed with prejudice for failure the allege any jurisdictional allegations and failure to comply with Federal Rule of Civil Procedure 8, despite specific guidance from the Court. (DE #46 at 3–5).

After a thorough review of the record, the Court concludes that the R&R contains well-reasoned recommendations. Accordingly, the Court being otherwise fully advised, it is **ORDERED, ADJUDGED and DECREED** as follows:

    1.    Magistrate Judge Ted E. Bandstra's March 24, 2011 Report and Recommendation **(DE #46)** be, and the same is, hereby **AFFIRMED and**

**ADOPTED**.

2. Defendant's Motion to Dismiss **(DE #45)** be, and the same is, hereby **GRANTED**.

3. This case is hereby **DISMISSED with prejudice.**

4. The Clerk shall **CLOSE** this case.

5. All other pending motions are **DENIED as moot.**

**DONE and ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 6th day of April, 2011.

JAMES LAWRENCE KING
U.S. DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: Magistrate Judge Ted E. Bandstra

**Plaintiff**

**Arnold Maya**
13370 SW 91 Terr #D
Miami, FL 33186
786-260-7705
PRO SE

**Counsel for Defendants**

**Gary Andrew Costales**
Gary A. Costales
1200 Brickell Ave
Suite 1230

Miami, FL 33131
305-375-9510
Fax: 373-2735
Email: costalesgary@hotmail.com